UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROGER SOLOMON,

                Plaintiff,

against

NEW JERSEY TRANSIT RAIL OPERATIONS, INC., HOTEL PENNSYLVANIA MANAGEMENT COMPANY, INC., AND INTERSTATE HOTELS CONSULTING GROUP, INC.,

                Defendants.

CIVIL ACTION NO.:  20 Civ. 6344 (PGG) (SLC)

**ORDER FOR PROPER SERVICE**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff filed the complaint in this matter on August 12, 2020.  (ECF No. 1).  On September 23, 2020, Plaintiff filed an affidavit of service, indicating that Defendants were served on August 24, 2020 by Certified Mail.  (ECF No. 10).

Because mailing the summons and complaint by certified mail does not constitute proper service under Federal or New York rules, Plaintiff is ORDERED to properly effect service and file proof of service on the docket by **October 8, 2020.**

Dated:    New York, New York
            September 24, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**