UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROGER SOLOMON,

                            Plaintiff,

   against

NEW JERSEY TRANSIT RAIL OPERATIONS, INC.,
HOTEL PENNSYLVANIA MANAGEMENT
COMPANY, INC., AND INTERSTATE HOTELS
CONSULTING GROUP, INC.,

                            Defendants.

CIVIL ACTION NO.:  20 Civ. 6344 (PGG) (SLC)

**AMENDED INITIAL CASE MANAGEMENT
CONFERENCE SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

      The Letter-Motion to adjourn the upcoming Initial Conference is GRANTED.  (ECF No. 22). The initial case management conference currently scheduled for Wednesday, December 16, 2020 at 11:00 am is ADJOURNED to **Wednesday, January 27, 2021 at 10:00 am** on the Court's conference line.  The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.  At the conference, the parties must be prepared to discuss the subjects set forth in Fed. R. Civ. P. 16(b) and (c).

      It is further ORDERED that counsel shall meet and confer in accordance with Fed. R. Civ. P. 26(f) no later than **21 days before** the Initial Case Management Conference.  No later than **one week (seven (7) calendar days) before** the conference, the parties shall file a Report of Rule 26(f) Meeting and Proposed Case Management Plan, via ECF, signed by counsel for each party.  A template is available at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

      To the extent the parties are in disagreement about any portion of the Proposed Case Management Plan, they may set forth their respective proposals for the disputed provision, without argument.

      The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 22.

Dated:      New York, New York
               December 2, 2020

                                             SO ORDERED

                                             _____
                                             **SARAH L. CAVE**
                                             **United States Magistrate Judge**