UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROGER SOLOMON,

                        Plaintiff,

-v-

NEW JERSEY TRANSIT RAIL OPERATIONS, INC., HOTEL PENNSYLVANIA MANAGEMENT COMPANY, INC., AND INTERSTATE HOTELS CONSULTING GROUP, INC.,

                        Defendants.

CIVIL ACTION NO.: 20 Civ. 6344 (PGG) (SLC)

**ORDER FOR
PROPOSED CASE MANAGEMENT PLAN**

**SARAH L. CAVE,** United States Magistrate Judge.

      Pursuant to the Court's order scheduling an initial case management conference in this matter for Wednesday, January 27, 2021 at 10:00 am, the parties' joint Report of Rule 26(f) Meeting and Proposed Case Management Plan was due yesterday, January 20, 2021. (ECF No. 23). No plan having been submitted, the parties are ORDERED to submit the plan by **Monday, February 1, 2021**. A template is available at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

Dated:      New York, New York
              January 21, 2021

                                                        SO ORDERED

                                                        _/s/ Sarah L. Cave_
                                                        **SARAH L. CAVE**
                                                         **United States Magistrate Judge**