UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| ROGER SOLOMON, | |
|---|---|
| Plaintiff, | |
| -v- | CIVIL ACTION NO.: 20 Civ. 6344 (PGG) (SLC) |
| NEW JERSEY TRANSIT RAIL OPERATIONS, INC., HOTEL PENNSYLVANIA MANAGEMENT COMPANY, INC., and INTERSTATE HOTELS CONSULTING GROUP, INC., | **ORDER** |
| Defendants. | |

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request for a 90-day extension of the discovery schedule and an adjournment of the settlement conference (ECF No. 41) is GRANTED, and the Court orders as follows:

1. All fact discovery, including depositions, and all expert discovery shall be completed by **October 18, 2021**;

2. By **October 25, 2021**, the parties shall file a joint letter certifying that all discovery is complete;

3. A telephone status conference is scheduled for **Thursday, September 30, 2021 at 10:00 am** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time; and

4. The settlement conference currently scheduled for August 4, 2021 is rescheduled to **Wednesday, November 10, 2021 at 10:00 am**. A separate amended scheduling order will follow.

Dated:     New York, New York      SO ORDERED.
            July 16, 2021

_____
**SARAH L. CAVE**
**United States Magistrate Judge**