UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROGER SOLOMON,

                              Plaintiff,

     -v-

NEW JERSEY TRANSIT RAIL OPERATIONS, INC.,
401 HOTEL TRS INC., and 401 HOTEL
MANAGEMENT COMPANY LLC,

                              Defendants.

CIVIL ACTION NO.:  20 Civ. 6344 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request for a 45-day extension of the discovery schedule and an adjournment of the settlement conference (ECF No. 44) is GRANTED, and the Court orders as follows:

1. All fact discovery, including depositions, and all expert discovery shall be completed by **December 2, 2021**;

2. By **December 9, 2021**, the parties shall file a joint letter certifying that all discovery is complete;

3. A telephone status conference is scheduled for **Thursday, November 18, 2021 at 3:00 pm** on the Court's conference line.  The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time; and

4. The settlement conference scheduled for November 10, 2021 is RESCHEDULED to **Thursday, December 16, 2021 at 2:00 pm**.  A separate amended scheduling order will follow.

Dated:      New York, New York
            September 30, 2021

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**