UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROGER SOLOMON,

                       Plaintiff,

-v-

NEW JERSEY TRANSIT RAIL OPERATIONS, INC., 401 HOTEL TRS INC., and 401 HOTEL MANAGEMENT COMPANY LLC,

                       Defendants.

CIVIL ACTION NO.: 20 Civ. 6344 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the status conference held today, November 18, 2021, the Court orders as follows:

1. All discovery shall be completed by **January 31, 2022**; and

2. The settlement conference scheduled for December 16, 2021 is ADJOURNED to **Wednesday, February 2, 2022 at 10:00 am**. A separate amended scheduling order will follow.

Dated:     New York, New York
             November 18, 2021

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**