UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROGER SOLOMON,

                Plaintiff,

-v-

NEW JERSEY TRANSIT RAIL OPERATIONS, INC.,
401 HOTEL TRS INC., and 401 HOTEL
MANAGEMENT COMPANY LLC,

                Defendants.

CIVIL ACTION NO.:  20 Civ. 6344 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The requested extensions (ECF No. 56) are GRANTED, and the Court orders as follows:

1. Expert discovery shall be completed by **May 27, 2022**; and

2. The settlement conference scheduled for May 9, 2022 is ADJOURNED to **Monday, June 13, 2022 at 2:00 pm** and will take place <u>by videoconference</u> hosted by the Court through the Microsoft Teams platform.  The Court will provide a link prior to the settlement conference.  The Court's Standing Order Applicable to Settlement Conferences Before Magistrate Judge Cave (ECF No. 52 at 4–6) remains in effect.  The submissions required by paragraph 4 of the Standing Order shall be emailed to Chambers (cave_nysdchambers@nysd.uscourts.gov) and opposing counsel by **June 7, 2022**.  The parties are reminded to include the Attendance Acknowledgement form annexed to the Standing Order (<u>id.</u> at 7).

Dated:     New York, New York
             April 15, 2022

SO ORDERED.

_[signature]_
**SARAH L. CAVE**
**United States Magistrate Judge**