UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROGER SOLOMON,

                    Plaintiff,

-v-

NEW JERSEY TRANSIT RAIL OPERATIONS, INC., 401 HOTEL TRS INC., and 401 HOTEL MANAGEMENT COMPANY LLC,

                    Defendants.

CIVIL ACTION NO.: 20 Civ. 6344 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendants 401 Hotel TRS Inc. and 401 Hotel Management Company LLC's request (ECF No. 59) to adjourn the settlement conference scheduled for June 13, 2022 at 2:00 pm is GRANTED. The settlement conference is ADJOURNED to **Wednesday, August 3, 2022 at 2:00 pm** and will take place <u>by videoconference</u> hosted by the Court through the Microsoft Teams platform. The Court will provide a link prior to the settlement conference. The Court's Standing Order Applicable to Settlement Conferences Before Magistrate Judge Cave (ECF No. 52 at 4–6) remains in effect. The submissions required by paragraph 4 of the Standing Order shall be emailed to Chambers (cave_nysdchambers@nysd.uscourts.gov) and opposing counsel by **July 28, 2022**. The parties are reminded to include the Attendance Acknowledgement form annexed to the Standing Order (<u>id.</u> at 7).

The Clerk of Court is respectfully directed to close ECF No. 59.

Dated:     New York, New York
              June 7, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**