UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROGER SOLOMON,

                Plaintiff,

-v-

NEW JERSEY TRANSIT RAIL OPERATIONS, INC., 401 HOTEL TRS INC., and 401 HOTEL MANAGEMENT COMPANY LLC,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 6344 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

In light of the representations in Plaintiff's letter at ECF No. 60, the parties shall promptly meet and confer and, by **June 10, 2022**, file a letter proposing at least <u>three</u> alternative dates for the settlement conference.

Dated:     New York, New York
             June 7, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**